

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| vs. | ) | No. 13 CR 726 |
| | ) | |
| DAJUAN KEY, aka "Amillie" | ) | Hon. Virginia M. Kendall |

## PROPOSED PROTECTIVE ORDER

Upon the motion of the agreed motion of the parties for a protective order pursuant to 18 U.S.C. § 3509 with respect to the rights of the victim in this case, it is hereby ordered as follows:

1. During the trial in this matter, the parties shall identify the minor victim only by her first name;

2. Any trial exhibits shall be redacted to refer only to the victim's first name and to protect any other identifying information except for the year of her birth;

3. Parties shall file, under seal, any original, unredacted exhibits containing the victim's full name and any other identifying information previously redacted from publicly available trial exhibits;

4. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the

Court for further relief or for modification of any provision hereof.

SUBMITTED:

_____
Assistant United States Attorney

Date: 2/4/16

_____
Attorney for the Defendant

Date: 2/4/2016


ENTER:

_____
VIRGINIA M. KENDALL
U.S. District Court Judge

Date: 2-4-16